UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JAN 1 0 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| DECOREYON J. HARRIS, | ) ) 4:18CR00015 JAR/PLC ) ) |
| Defendant. | ) ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges

On or about November 12, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**DECOREYON J. HARRIS,**

did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain an article or commodity to wit: US currency from persons or employees of METRO PCS, located at 4341 Natural Bridge, against their will by means of actual and threatened force, violence and fear of injury to their persons.

In violation of Title 18, United States Code, Section 1951(a).

### COUNT TWO

The Grand Jury further charges that:

On or about November 12, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**DECOREYON J. HARRIS,**

did knowingly possess a firearm in furtherance of the crime of violence named in Count One or did use or carry a firearm during and in relation to said crime of violence.

In violation of Title 18, United States Code, Section 924(c)(1).

## COUNT THREE

The Grand Jury further charges

On or about November 12, 2017, in the City of St. Louis within the Eastern District of Missouri,

**DECOREYON J. HARRIS,**

did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did attempt to unlawfully take and obtain an article or commodity to wit:  US currency from persons or employees of METRO PCS located at 9000 Halls Ferry, against their will by means of actual and threatened force, violence and fear of injury to their persons.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT FOUR

The Grand Jury further charges that:

On or about November 12, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**DECOREYON J. HARRIS,**

did knowingly possess a firearm in furtherance of the crime of violence, named in Count Three, or did use or carry a firearm during and in relation to said crime of violence.

In violation of Title 18, United States Code, Sections 924(c)(1).

## COUNT FIVE

The Grand Jury further charges that:

On or about, November 12, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**DECOREYON J. HARRIS,**

having been convicted previously of a crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney